```
                  UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION - COLUMBUS
```

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Robert G. Laughlin | ) | CASE NO. 04-50909 |
| | ) | |
| Dorothy A. Laughlin | ) | JUDGE John E. Hoffman, Jr. |
| | ) | |
| | ) | **MOTION FOR RELEASE OF** |
| Debtor(s) | ) | **UNCLAIMED FUNDS** |
| | ) | |

Now comes Sea West aka Consumer Portfolio Services, a creditor in the within proceeding, by and through counsel, and hereby moves this honorable court for and Order authorizing the Clerk of Court to release unclaimed funds and issue a check made payable to Sea West aka Consumer Portfolio Services, in the amount of $1,033.87, which funds are being held by the Clerk on behalf of Sea West aka Consumer Portfolio Services. See attached, Exhibit A.

Wherefore, Movant requests the Court to enter an Order Directing Payment of the Unclaimed Funds described above to Sea West aka Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619.

```
                          /s/Cynthia A. Jeffrey_____
                          REIMER, LORBER & ARNOVITZ CO., L.P.A.
                          BY: Cynthia A. Jeffrey #0062718
                          BY: Stephen R. Franks #0075345
                          P.O. Box 968
                          Twinsburg, Ohio 44087
                          330-425-4201
                          330-425-2155 Fax
                          cjeffrey@reimerlaw.com
```

**CERTIFICATE OF SERVICE**

**I hereby certify that on 5th day of March, 2008, a copy of the foregoing Notice of Appearance was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses registered with the Court:**

1. Office of the U.S. Trustee
   \* Served Electronically\*

2. Frank M. Pees, Trustee
   \* Served Electronically \*

3. Erin E. Strapp, Esq.
   \* Served Electronically \*

**I hereby certify that the following were served by mailing the same by ordinary U.S. mail, postage prepaid, to the persons listed below:**

4. Robert G. Laughlin, Debtors
   Dorothy A. Laughlin
   1100 Thornwood Drive
   Lot 332
   Heath, Ohio 43056

/s/ Cynthia A. Jeffrey_____
REIMER, LORBER & ARNOVITZ CO., L.P.A.
CYNTHIA A. JEFFREY #0062718
STEPHEN R. FRANKS #0075345
Attorneys for Movant
P. O. Box 968
Twinsburg, Ohio  44087
Phone: (330) 425-4201
Fax:   (330) 425-2155
cjeffrey@reimerlaw.com