UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2007 FEB 28 AM 10:19
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

In Re:

ROBERT G LAUGHLIN
DOROTHY A LAUGHLIN

Case No. 04-50909

Judge: John E. Hoffman Jr.
Chapter 13

Debtor(s):

NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS
-------------------------------------------

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 USC Section 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: Feb 21, 2007

Frank M. Pees
Chapter 13 Trustee

| Name & Address | Amount |
|---|---|
| SEA WEST<br>5150 EAST DUBLIN<br>WESTERVILLE OH<br>43081 | 700.23 |


Exhibit A

FILED

2007 FEB 28 AM 10: 17

KENNETH JORDAN CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:

ROBERT G LAUGHLIN
DOROTHY A LAUGHLIN

Case No. 04-50909

Judge: John E. Hoffman Jr.
Chapter 13

Debtor(s):

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 USC Section 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: Feb 21, 2007

Frank M. Pees
Chapter 13 Trustee

| Name & Address | Amount |
|---|---|
| SEA WEST<br>5150 EAST DUBLIN<br>WESTERVILLE OH | 333.64 |

43081