**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: May 01, 2008**

/s/ John E. Hoffman, Jr.
John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

C08-00454                          CAJ/jao

```
                UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF OHIO
                  EASTERN DIVISION - COLUMBUS


IN RE:                          )       CHAPTER 13
                                )
Robert G. Laughlin              )       CASE NO. 04-50909
                                )
Dorothy A. Laughlin             )       JUDGE John E. Hoffman, Jr.
                                )
        Debtor(s)               )       ORDER GRANTING RELEASE OF
                                        UNCLAIMED FUNDS
```

This matter came before the Court on the Motion for Release of Unclaimed Funds by Sea West aka Consumer Portfolio Services. The Court, being duly advised in the premises, finds that the Motion for Release of Unclaimed Funds is well-taken and should be granted.

The Motion For Release of Unclaimed Funds shall be and hereby is GRANTED, and the Clerk of Courts is hereby ordered to issues a check in

the amount of $1,033.87 made payable to Sea West aka Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619.

SUBMITTED BY:

/s/Cynthia A. Jeffrey_____
REIMER, LORBER & ARNOVITZ CO., L.P.A.
BY: Cynthia A. Jeffrey #0062718
BY: Stephen R. Franks #0075345
P.O. Box 968
Twinsburg, Ohio 44087
Phone:330-425-4201
Fax:   330-425-2155
cjeffrey@reimerlaw.com

**LIST OF PARTIES TO BE SERVED:**

1. Office of the U.S. Trustee
   * Served Electronically *

2. Frank M. Pees, Trustee
   * Served Electronically *

3. Erin E. Strapp, Esq.
   * Served Electronically *

4. Robert G. Laughlin, Debtors
   Dorothy A. Laughlin
   1100 Thornwood Drive
   Lot 332
   Heath, Ohio 43056

5. U.S. Attorney Office
   303 Marconi Boulevard
   Columbus, Ohio 43215

6. Cynthia A. Jeffrey, Esq.
   Stephen R. Franks, Esq.
   * Served Electronically *

###